**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEROME CORSI et al, | |
| Plaintiffs, | |
| v. | Civil Action No. 19-cv-1573-TJK |
| MICHAEL CAPUTO et al, | |
| Defendants. | |

**DEFENDANT MICHAEL CAPUTO'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Michael Caputo, defendant in the above-captioned action, by and through his attorney, Stephen C. Leckar, hereby moves this Honorable Court to dismiss the Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), and for failure to state a claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:  June 6, 2019

Respectfully submitted,

                                                             Respectfully submitted,

                                                             /s/ *Stephen C. Leckar*
                                                             Stephen C. Leckar
                                                             Kalbian Hagerty LLP
                                                             888-17th St., NW
                                                             Tenth Floor
                                                             Washington, D.C. 20006
                                                             Direct: 202 419 3286
                                                             Fax: 202 223 6625
                                                             sleckar@kalbianhagerty.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

                                      Respectfully submitted,

                                      /s/ *Stephen C. Leckar*
                                      Stephen C. Leckar
                                      Kalbian Hagerty LLP
                                      888-17th St., NW
                                      Tenth Floor
                                      Washington, D.C. 20006
                                      Direct: 202 419 3286
                                      Fax: 202 223 6625
                                      sleckar@kalbianhagerty.com