IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 19-cv-1573-TJK

DR. JEROME CORSI et al,

        Plaintiffs,

v.

MICHAEL CAPUTO et al,

        Defendants.

**ORDER GRANTING DEFENDANT STONE'S MOTION FOR LIMITED DISCOVERY**

This Matter, having coming before the Court on the Defendant's Motion for Limited Discovery, and upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Defendant Stone is granted leave to conduct discovery limited to the issue of the Court's jurisdiction over this matter.

Entered this _____ day of _____ ,2019

        By _____
        Timothy J. Kelly
        United States District Judge