IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 19-cv-1573-TJK

DR. JEROME CORSI et al,

                              Plaintiffs,

v.

MICHAEL CAPUTO et al,

                              Defendants.

## DEFENDANT ROGER STONE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Roger Stone brings to this Court's attention the October 10, 2019, Order granting the Defendant Peter T. Santilli's Corrected Motion to Dismiss, issued in *Klayman v. Santilli*, Case no: 2019 CA 000896 B, Superior Court of the District of Columbia Civil Division. A copy of the Order is attached. This submission relates to Defendant Roger Stone's Motion to Dismiss for lack of personal jurisdiction.

                              Respectfully submitted,

                              By: */s/*_____

ROBERT C. BUSCHEL  
BUSCHEL GIBBONA, P.A.  
D.D.C. Bar No. FL0039  
One Financial Plaza, Suite 1300  
100 S.E. Third Avenue  
Fort Lauderdale, FL 33394  
Tele: 954-530-5301  
Fax: 954-320-6932  
Buschel@BGlaw-pa.com

CHANDLER ROUTMAN  
D.D.C. Bar No. 1618092  
501 East Las Olas Blvd., Suite 331  
Fort Lauderdale, FL 33301  
Tele: 954-235-8259  
routmanc@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Respectfully submitted,

*/s/ Chandler Routman*
Chandler Routman
*Counsel for Roger Stone*

Larry Klayman, Esq.
Klayman Law Group, P.A.
2020 Pennsylvania Ave, NW #800
Washington, DC, 20006
Telephone: (310) 595-0800
Counsel for Plaintiff.