# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JEROME CORSI,<br><br>                    Plaintiff<br><br>        v.<br><br>MICHAEL CAPUTO, *et al*<br><br>                    Defendants. | **Case Number:    1:19-cv-1573** |

## REQUEST FOR STATUS CONFERENCE

Plaintiff Jerome Corsi ("Plaintiff Corsi") respectfully requests a status conference when he counsel will be in town attending the criminal prosecution and trial of Defendant Roger Stone at a date and time convenient for the Court and the parties between November 4 and 21, 2019, which will can also address the recent supplement filed by Stone, for which Plaintiff has moved to strike and, if not sticken, the right to respond.

Dated: October 16, 2019                                                    Respectfully Submitted,

                                                                                        */s/ Larry Klayman*
                                                                                      Larry Klayman, Esq.
                                                                                      KLAYMAN LAW GROUP, P.A.
                                                                                      D.C.  Bar Number: 334581
                                                                                      2020 Pennsylvania Ave NW #800
                                                                                      Washington, DC, 20006
                                                                                      Telephone: (561) 558-5336
                                                                                      Email: leklayman@gmail.com

                                                                                      *Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on October 16, 2019.

*/s/ Larry Klayman*
Larry Klayman, Esq.