# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Case No.: 19-cv-1573-TJK

DR. JEROME CORSI et al,

                        Plaintiffs,

v.

MICHAEL CAPUTO et al,

                        Defendants.

## **DEFENDANT ROGER STONE'S RESPONSE TO ORDER TO SHOW CAUSE**

    This Court on March 16, 2020, issued the following minute order:

> Although this Court's prior decisions were governed by 28 U.S.C. 1406(a), similar considerations are relevant to § 1404(a). After considering all the public- and private-interest factors germane to a § 1404(a) transfer, the Court is inclined to transfer this case to the Southern District of New York.
>
> Defendant Caputo resides in New York, the statements at issue were made in the Southern District of New York, that district is far closer to the District of New Jersey, where Plaintiff resides, and the case has "virtually nothing to do with this jurisdiction." Kirby, 755 F. Supp. at 447; see ECF No. 1-4 paras. 1, 3; ECF No. 5-2 para. 14.
>
> In addition, for a court to transfer a case under § 1404(a), the transferee court must have personal jurisdiction, and venue must be proper, unless the parties consent to transfer. *See Aguilar v. Michael & Son Servs., Inc.,* 292 F. Supp. 3d 5, 9 (D.D.C. 2017).
>
> Therefore, it is hereby ORDERED that, by March 24, 2020, the parties shall show cause why this action should not be transferred to the Southern District of New York and indicate whether they consent to such transfer.
>
> Signed by Judge Timothy J. Kelly on 3/16/2020.

Roger Stone does not consent to a transfer of this case to the Southern District of New York. While Defendant Caputo resides in New York, we were told that he does not live in the Southern District; but the Western District of New York.

Citing to the minute order, the case has "virtually nothing to do with this jurisdiction," includes the Western District of New York. Perhaps, the Ari Melber show cited in paragraph 31 of the complaint is located in Manhattan, but it is not specifically alleged. There are no allegations Mr. Stone has any connection to the Southern District of New York in this complaint other than a conclusory assertion Stone told Caputo what to say on the Melber show.

Mr. Stone would argue the State of New York would not have personal jurisdiction over him based upon the allegations in the lawsuit. Furthermore, the allegations in the lawsuit have long expired. Stone's criminal trial is no longer pending. Plaintiff Corsi did not testify at Stone's trial. The complaint would have to be amended.

Lastly, Larry Klayman is no longer a plaintiff in this case and has transferred his allegations to a lawsuit in the state of Florida. *See* ECF No. [13] page 1 (Klayman's notice of voluntary dismissal). Plaintiff Corsi will be the only one who remains if the case were transferred to the Southern District of New York. Neither Stone, Corsi, nor Caputo live in that district. Perhaps, Corsi will think the better of refiling or refile in the Western District of New York.

As in *Corsi v. Stone,* the Court dismissed, Case No. 19-cv-324-TJK ECF No. [20]. The Court should do the same for the same reason. *See id.* at 6. ("Therefore, the Court will exercise its discretion to dismiss the case, as opposed to transferring it").

## **CONCLUSION**

The Court should Order that this lawsuit be dismissed without prejudice.

                          Respectfully submitted,

                          */s/*_____

| | |
|---|---|
| ROBERT C. BUSCHEL | GRANT J. SMITH |
| BUSCHEL GIBBONS, P.A. | STRATEGYSMITH, PA |
| D.D.C. Bar No. FL0039 | D.D.C. Bar No.: FL0036 |
| One Financial Plaza, Suite 1300 | FL Bar No.: 935212 |
| 100 S.E. Third Avenue | 401 East Las Olas Boulevard |
| Fort Lauderdale, FL 33394 | Suite 130-120 |
| Telephone: (954) 530-5301 | Fort Lauderdale, FL 33301 |
| Fax: (954) 320-6932 | Telephone: (954) 328-9064 |
| Buschel@BGlaw-pa.com | gsmith@strategysmith.com |

CHANDLER P. ROUTMAN
D.D.C. Bar No. 1618092
501 East Las Olas Blvd., Suite 331
Fort Lauderdale, FL 33301
Tele: (954) 235-8259
routmanc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Respectfully submitted,

*/s/ Robert Buschel*

*Counsel for Roger Stone*

Larry Klayman, Esq.
Klayman Law Group, P.A.
2020 Pennsylvania Ave, NW #800
Washington, DC, 20006
Telephone: (310) 595-0800
Counsel for Plaintiff.