# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JEROME CORSI<br><br>Plaintiff<br><br>v.<br><br>MICHAEL CAPUTO, *et al*<br><br>Defendants. | Case Number:   1:19-cv-1573 |

## PLAINTIFF'S REQUEST FOR EXPEDITED TREATMENT ON MOTION FOR RECONSIDERATION

Plaintiff Jerome Corsi ("Dr. Corsi") respectfully requests that this Court issue a decision on his motion for reconsideration, ECF No. 25, expeditiously, and withour further delay, so that he is not further prejudiced by another long delay, as when this Court sat on Defendants' motions to dismiss for nearly a year – thereby allowing the statute of limitations to run on Dr. Corsi's claims – before issuing a ruling that it lacked personal jurisdiction.

Dated: April 29, 2020                                                                Respectfully Submitted,

                                                                                                   /s/ Larry Klayman
                                                                                                Larry Klayman, Esq.
                                                                                                KLAYMAN LAW GROUP, P.A.
                                                                                                D.C.  Bar Number: 334581
                                                                                                2020 Pennsylvania Ave NW #800
                                                                                                Washington, DC, 20006
                                                                                                Telephone:  (561) 558-5336
                                                                                                Email: leklayman@gmail.com

                                                                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on April 28, 2020.

>/s/ Larry Klayman
>Larry Klayman, Esq.