IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. JEROME CORSI, *et al*

Plaintiffs

v.

MICHAEL CAPUTO, *et al*

Defendants.

**Case Number:   1:19-cv-1573**

## MOTION TO WITHDRAW AS COUNSEL

Larry Klayman hereby moves to withdraw as counsel for Plaintiffs on order from the District of Columbia Court of Appeals dated June 11, 2020, which was subject to a Petition for Rehearing by the Panel and Petition for Rehearing En Banc, as he has been suspended by the District of Columbia Bar for a period of ninety days. Jonathon Moseley has entered an appearance on behalf of Plaintiffs.

Dated: August 12, 2020

Respectfully Submitted,

_/s/ Larry Klayman_
Larry Klayman
2020 Pennsylvania Ave NW #800
Washington, DC, 20006
Telephone:  (310)-595-0800
Email: leklayman@gmail.com

*Appearing Pro Se*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on August 12, 2020.

*/s/ Larry Klayman*
Larry Klayman
